## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>  v.  )<br>  )<br> CHARLES FERRIS, )<br>  )<br>   Defendant. ) | Civil No. 1:13-CV-00065-NT |

### **CONSENT JUDGMENT**

**THIS MATTER** having been brought before the Court based on the agreement of all parties to settle this matter in the form of a consent judgment, it is hereby

**ORDERED** that Defendant Charles Ferris ("Ferris") pay the United States of America ("United States") the principal amount of $106,898.15, interest as of February 1, 2013, in the amount of $38,772.08, for a total amount due of $145,670.23.  Interest is accruing from February 1, 2013 at the rate of 8.25% per annum until the date of judgment, and post-judgment interest pursuant to 28 U.S.C. §1961 from the date of entry of judgment, at the current legal rate in effect on that date, until paid in full.

It is further **ORDERED** that Ferris shall keep the United States currently informed in writing of any material change in financial situation or ability to pay, and of any change in employment, place of residence or telephone number.  Ferris

1

shall provide such information to the United States Attorney, Financial Litigation Unit, 202 Harlow Street, Room 111, Bangor, Maine, 04401.

It is further **ORDERED** that Ferris shall provide the United States with current accurate evidence of assets, income and expenditures (including but not limited to Federal Income tax returns) within fifteen (15) days of the date of request for such evidence by the United States Attorney as long as the Judgment remains unpaid.

It is further **ORDERED** that the U.S. Department of Justice will issue a Notice of Intent to Offset the Judgment but will not submit this debt to the United States Treasury for inclusion in the Treasury Offset Program unless the Defendant defaults on an agreed monthly payment plan.

It is further **ORDERED** that the judgment amount shall be paid in monthly installments, and continuing each and every month thereafter until paid in full. The amounts of the monthly payments are subject to periodic review by the U.S. Department of Justice. The amount of Ferris' monthly payment may be increased if a review of Ferris' financial situation warrants such an increase.

It is further **ORDERED** that if Ferris defaults on an agreed monthly payment plan, then the entire balance shall become immediately due and payable and the United States shall have the right to execute upon the Judgment without any notice to Ferris.

It is further **ORDERED** that this Judgment shall be recorded in the Registry of Deeds/Clerk's Office in the county of Ferris' residence and any and all other counties in which Ferris has either real or personal property as a lien thereon.

It is further **ORDERED** that upon payment in full, the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Registry of Deeds of the county in which any judgment has been filed.

It is further **ORDERED** that judgment be entered in accordance with the foregoing.

**SO ORDERED**.

/s/ Nancy Torresen
United States District Judge

Dated this 14th day of March, 2013.